UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CLEMMIE LEE SPENCER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 7:21-cv-01217-LSC-SGC |
| JOANNE JANNIK, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on February 23, 2023, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and advising the plaintiff of his right to file written objections within 14 days. (Doc. 11). The copy of the report and recommendation mailed to the plaintiff at his address of record was returned to the court as undeliverable, and the court has received no objections to the report and recommendation. (Doc. 12).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim on which relief can be granted. Additionally, this action now is due to be dismissed for the plaintiff's

failure to prosecute, insofar as the plaintiff has failed to keep the court apprised of his current address. *See* FED. R. CIV. P. 41(b).

    A final judgment will be entered.

    **DONE** and **ORDERED** on March 28, 2023.

> _____
> L. Scott Coogler
> United States District Judge
>
> 160704